KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
6385 S. Rainbow Blvd., Suite 510
Las Vegas, NV 89118
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendants*

MESSNER REEVES LLP

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAVID STORIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LEE M. BALDOZ, an individual; OLD DOMINION FREIGHT LINE, INC., a foreign corporation; DOES I-X; and ROE COMPANIES I-X,<br><br>Defendants. | CASE NO: 3:25-cv-00162-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DAVID STORIE and Defendants CHRISTOPHER LEE M. BALDOZ and OLD DOMINION FREIGHT LINE, INC. by and through their respective counsel of record, that the claims asserted by Plaintiff against Defendants are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

. . .

. . .

. . .

. . .

. . .

. . .

Dated this 4th day of November 2026

MESSNER REEVES LLP

*/s/ Karie N. Wilson*

Karie N. Wilson, Esq.
Nevada Bar No. 7957
kwilson@messner.com
6385 S. Rainbow Blvd., Suite 510
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 4th day of November 2026

KILPATRICK BULLENTINI, LTD.

*/s/ Angela D. Bullentini*

Angela D. Bullentini, Esq.
Nevada Bar No. 10524
311 W. Washington Street, Suite B
Carson City, Nevada 89703
*Attorneys for Plaintiff*

**ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS, WITH PREJUDICE**

IT IS HEREBY ORDERED that the claims asserted by Plaintiff DAVID STORIE against Defendants CHRISTOPHER LEE M. BALDOZ and OLD DOMINION FREIGHT LINE, INC. are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

DATED this 5th day of November, 2026.

Miranda M. Du, U.S. District Judge



MESSNER REEVES LLP

**From:** Angela Bullentini
**To:** Karie Wilson
**Cc:** Denise Ramsey; Jessica Rogers
**Subject:** Re: David Storie v. Old Dominion Freight Line
**Date:** Wednesday, November 4, 2026 2:00:51 PM

**[ CAUTION: This Email is from an External Sender ]**

Hi Karie - I reviewed the draft SAO for dismissal and don't have any changes. You may affix my e-signature and file.

Thank you,

*Angela D. Bullentini, Esq.*
Kilpatrick Bullentini Law
311 W. Washington St., Ste. B
Carson City, NV 89703
Tel: (775) 882-6112
Fax: (775) 882-6114
www.KilpatrickBullentini.com

**From:** Karie Wilson <KWilson@messner.com>
**Sent:** Wednesday, October 28, 2026 10:33 AM
**To:** Angela Bullentini <Angela@kilpatrickbullentini.com>
**Cc:** Denise Ramsey <Denise@kilpatrickbullentini.com>; Jessica Rogers <JRogers@messner.com>
**Subject:** David Storie v. Old Dominion Freight Line

Good morning, Angela –

Attached is the proposed Stipulation and Order for Dismissal. Please let me know if you have any changes or confirm that we may include your e-signature for filing.

Thank you.

**KARIE N. WILSON**
Managing Partner
**O:** 702.363.5100 **E:** kwilson@messner.com
6385 S. Rainbow Blvd, Suite 510, Las Vegas, NV 89118

*** Please Note: The Las Vegas office of Messner Reeves LLP has moved! The new address is 6385 S. Rainbow Blvd, Suite 510, Las Vegas, NV 89118. ***

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.